ORIGINAL

Of Counsel:
NING LILLY & JONES
KE-CHING NING                1940
MICHAEL A. LILLY            1681
707 Richards Street, Suite 700
Honolulu, Hawaii  96813
Telephone:  (808) 528-1100/Fax: (808) 531-2415
E-mail:  Michael@NLJLAW.com

KAWASHIMA LORUSSO & TOM
JAMES KAWASHIMA        1145-0
BRIAN Y. HIYANE            6045-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii  96813
Telephone:  (808) 275-0300/Fax:  (808) 275-0399
E-mail:  JKawashima@kltlaw.com

Attorneys for Defendants
KEVIN A. MALONE and KRUPNICK
CAMPBELL MALONE BUSER SLAMA
HANCOCK LIBERMAN & MCKEE P.A.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at ____3____ o'clock and __52__ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 1 1 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FLORAL RESOURCES/<br>HAWAI`I, INC., et al.,<br><br>          Plaintiffs,<br>  vs.<br><br>KEVIN A. MALONE; KRUPNICK<br>CAMPBELL MALONE ROSELLI<br>BUSER & SLAMA, a Florida<br>Professional Association; et al.<br><br>         Defendants. | ) CIVIL NO. CV03-00431 SOM/KSC<br>)<br>) STIPULATION FOR PARTIAL<br>) DISMISSAL WITH PREJUDICE ON<br>) THE MERITS<br>)<br>) [RE:  DANIEL HATA d/b/a HATA<br>) FARM]<br>)<br>)<br>) Trial: June 1, 2005<br>)<br>) |

## STIPULATION FOR PARTIAL DISMISSAL
## WITH PREJUDICE ON THE MERITS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff DANIEL HATA d/b/a HATA FARM ("Plaintiff"), hereby stipulates to dismiss its case against Defendants KEVIN A. MALONE and KRUPNICK CAMPBELL MALONE ROSELLI BUSER SLAMA HANCOCK LIBERMAN & MCKEE P.A. (collectively, "Defendants") with prejudice on the merits. Plaintiff and Defendants have signed this Stipulation for Partial Dismissal with Prejudice on the Merits as to all claims by Plaintiff. Plaintiff and Defendants will bear their own costs and attorney fees. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the Court retains exclusive jurisdiction over the parties and subject matter of this dispute, including but not limited to all disputes which may arise regarding the terms, purposes and conditions of this stipulated dismissal of claims. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994). There are no remaining claims on behalf of Plaintiff against Defendants in this action.

DATED:  Honolulu, Hawai`i, January 11, 2006.

_____
MELVIN Y. AGENA
CHAN P. TOWNSLEY
Attorneys for Plaintiff
DANIEL HATA d/b/a HATA FARM

_____
JAMES KAWASHIMA
KE-CHING NING
MICHAEL A. LILLY
Attorneys for Defendants
KEVIN A. MALONE and KRUPNICK
CAMPBELL MALONE BUSER SLAMA
HANCOCK LIBERMAN & MCKEE P.A.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Floral Resources/Hawai`i, Inc., et al., v. Kevin A. Malone, et al., Civil No. CV03-00431 SOM/KSC, Stipulation for Partial Dismissal with Prejudice on the Merits [Re:  Daniel Hata d/b/a Hata Farm].