ORIGINAL

Of Counsel:
NING LILLY & JONES
KE-CHING NING          1940
MICHAEL A. LILLY       1681
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100/Fax: (808) 531-2415
E-mail: Michael@NLJLAW.com

KAWASHIMA LORUSSO & TOM
JAMES KAWASHIMA        1145-0
BRIAN Y. HIYANE        6045-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone: (808) 275-0300/Fax: (808) 275-0399
E-mail: JKawashima@kltlaw.com

Attorneys for Defendants
KEVIN A. MALONE and KRUPNICK
CAMPBELL MALONE BUSER SLAMA
HANCOCK LIBERMAN & MCKEE P.A.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 4 o'clock and 02 min. P M
SUE BEITIA, CLERK

LODGED

JAN 1 1 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FLORAL RESOURCES/<br>HAWAI`I, INC., et al.,<br><br>           Plaintiffs,<br>   vs.<br><br>KEVIN A. MALONE; KRUPNICK<br>CAMPBELL MALONE ROSELLI<br>BUSER & SLAMA, a Florida<br>Professional Association; et al.<br><br>           Defendants. | ) CIVIL NO. CV03-00431 SOM/KSC<br>)<br>) STIPULATION FOR DISMISSAL<br>) OF ALL CLAIMS WITH<br>) PREJUDICE; AND ORDER<br>)<br>)<br>)<br>)<br>)<br>) Trial: June 1, 2005<br>)<br>) |

## STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties by and through their undersigned counsel hereby stipulate to dismiss this case with prejudice. Attorneys for all appearing parties have signed this stipulation. Each party will bear his/her own costs and attorney fees. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the Court retains exclusive jurisdiction over the parties and subject matter of this dispute, including but not limited to all disputes which may arise regarding the terms, purposes and conditions of this stipulated dismissal of claims. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994). There are no remaining claims or parties in this action.

DATED: Honolulu, Hawai`i, January 11, 2006.

SO STIPULATED AND AGREED:

_____
MELVIN Y. AGENA
CHAN P. TOWNSLEY
Attorneys for Plaintiffs

_____
JAMES KAWASHIMA
KE-CHING NING
MICHAEL A. LILLY
Attorneys for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Floral Resources/Hawai`i, Inc., et al., v. Kevin A. Malone, et al., Civil No. CV03-00431 SOM/KSC, Stipulation for Dismissal of All Claims with Prejudice.